UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
EUGENE DUNCAN,

                Plaintiff,

-against-

CAPITAL TECHNOLOGY, INC.,

                Defendants.
-------------------------------------X

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 1:21-cv-5896-ENV-JRC

## NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.P. 41(a)(1)(A)(i)

Plaintiff Eugene Duncan by his counsel provides this Notice of Voluntary Dismissal and informs the Court that the Parties have resolved the matter amicably. Therefore, Plaintiff withdraws this matter pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure and hereby gives notice that the above- captioned action is voluntarily dismissed, with prejudice against the Defendant Capital Technology, Inc.

Dated: New York, New York
        February 28, 2022

THE MARKS LAW FIRM, PC

By: _____
Bradly G. Marks
Attorney for Plaintiff
155 E 55th Street, Suite 6A
New York, NY 10022
T:(646) 770-3775
F: (646) 770- 2639
Brad@markslawfirm.net

**Application Granted**
**SO ORDERED**
Brooklyn, New York
Dated: __3/2/2022__

/s/ Eric N. Vitaliano
_____
**Eric N. Vitaliano**
**United States District Judge**

The clerk is directed to close the case.